No. 562. DUNCAN *v.* UNITED STATES CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

No. 567. CRAPO *v.* JOHNSTON, WARDEN. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Alton Crapo, pro se. Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Misses Beatrice Rosenberg* and *Doris R. Williamson* for respondent.

No. 651. EGAN *v.* CALIFORNIA ET AL. December 4, 1944. Petition for writ of certiorari to the Supreme Court of California denied.

Nos. 218 and 219. MEMPHIS NATURAL GAS CO. *v.* MC-CANLESS, COMMISSIONER OF FINANCE AND TAXATION. December 11, 1944. Petitions for writs of certiorari to the Supreme Court of Tennessee denied. *Mr. J. W. Canada* for petitioner. *Messrs. Roy H. Beeler,* Attorney General of Tennessee, and *William F. Barry,* Solicitor General, for respondent.

No. 539. THLOCCO ET AL. *v.* MAGNOLIA PETROLEUM CO. December 11, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Jeff Busby* for petitioners. *Messrs. Walace Hawkins* and *Chas. B. Wallace* for respondent.